**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**AFFORDABLE AERIAL PHOTOGRAPHY,
INC., a Florida Corporation,**

    Plaintiff,     CASE NO.:

v.

**RUSSEL PRATT d/b/a
SANDCASTLEHOMEWATCH.COM,
an Individual**

    Defendant.
_____/

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiff, AFFORDABLE AERIAL PHOTOGRAPHY, INC. ("AAP" or "Plaintiff"), a Florida corporation, by and through its undersigned counsel hereby files this Complaint against Defendant, RUSSEL PRATT, d/b/a SANDCASTLEHOMEWATCH.COM ("Sandcastle" or "Defendant"), an individual residing in the State of Florida.

## NATURE OF THE ACTION

1. Plaintiff brings this action seeking monetary relief for Defendant's intentional infringement of Plaintiff's copyrighted work registered under Registration Number VA 2-241-085 (the "Copyrighted Work").

2. Plaintiff's principal photographer and founder is Mr. Robert Stevens ("Mr. Stevens"). Mr. Stevens is an experienced professional photographer who makes a living from photography. Mr. Stevens' work is sought after by real estate professionals throughout South Florida. For the past seventeen years, Mr. Stevens has photographed some of the most expensive real estate listings in U.S. history, including Donald Trump's mega-mansion in Palm Beach listed for $125 million. From Palm Beach to California, the Bahamas and New York, Mr.

1

Stevens has been contracted to photograph the estates of Madonna, Celine Dion, Don King, Greg Norman, Rod Stewart, Ivana Trump, James Patterson, Alexander Haig, Ann Downey, Frank McKinney, Bill Gates, Tommy Lee Jones, Bryant Gumbel and Chris Evert.

3. Upon information and belief, Defendant Sandcastle operates a business providing home watch services that cover all important points of inspections to make sure a customer's home is safe, clean and in tip top running condition where their service is available for individuals bed and breakfast facilities, and rental owners.

4. Defendant Sandcastle's marketing efforts include the use of a website, sandcastlehomewatch.com.

5. Without permission, license, or consent, and in an effort to promote their own business, Defendant Sandcastle improperly copied, displayed, or distributed Plaintiff's Copyrighted Work on the sandcastlehomewatch.com website.

6. By these actions, Plaintiff seeks statutory damages or, in the alternative, actual damages, plus any additional profits obtained by Defendant that are attributable to the infringement.

## JURISDICTION AND VENUE

7. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

8. This Court has original subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a).

9. This Court has personal jurisdiction over Sandcastle because, among other reasons, Defendant Sandcastle is soliciting and conducting business, and resides in the State of Florida and in this judicial district.

10. Venue is proper in this District under 28 U.S.C. §§ 1391(b), (c), and 1400(a) because the events giving rise to the claims occurred in this district. Defendant engaged in infringement in this district and Defendant is subject to personal jurisdiction in this district.

## PARTIES

11. AAP is a corporation organized and existing under the laws of the State of Florida, with its principal place of business located at 1938 Grey Falcon Circle SW, Vero Beach, FL 32962. AAP specializes in high-end aerial photographs, as well as slide shows, virtual tours, and a full array of stock photography for the luxury real estate industry.

12. Upon information and belief, Defendant Russel Pratt (Sandcastle) is an individual located at 3534 Tree Line Drive, Sarasota, Florida 34231. Defendant Russel Pratt is the Registrant Contact for the website sandcastlehomewatch.com. Though Sandcastle Home Watch Services LLC was once a Florida limited liability company it ceased to exist in 2015.

## THE COPYRIGHTED WORKS AT ISSUE AND SUMMARY OF INFRINGEMENT

### 377 Eagle Dr_019a

13. In 2020, Mr. Stevens (as an employee of AAP) created several photographic works, published in July 2020, depicting a frontal view of a residence (hereinafter "377 Eagle Dr_019a work") Mr. Stevens is responsible for selecting the unique angles and perspectives for this work. In this case, specific technical choices by Mr. Stevens further highlight the vibrant colors of the scenery, ultimately giving the work its originality and beauty.

14. The 377 Eagle Dr_019a work was submitted for copyright registration, and obtained Registration Number VA 2-241-085 with an effective date of February 1, 2021. A true and correct copy of VA 2-241-085 and the 377 Eagle Dr_019a work are attached hereto collectively as Exhibit "A."

15. As is evident in the 377 Eagle Dr_019a work included in Exhibit "A," Plaintiff's Copyright Management Information ("CMI") was included on the 377 Eagle Dr_019a work.

16. Defendant Sandcastle utilized the 377 Eagle Dr_019a work registered under VA 2-241-085 as the primary image on the sandcastlehomewatch.com website. A true and correct copy of a screenshot of the website as captured by Plaintiff is attached hereto as Exhibit "B."

17. As is visible in Exhibit "B," Plaintiff's CMI is visible, but blurred, in Defendant's sandcastlehomewatch.com website.

## ADDITIONAL FACTUAL BACKGROUND

18. Mr. Stevens created the Copyrighted Work at issue in this case as an employee of Plaintiff.

19. The Copyrighted Work is wholly original and the result of Mr. Stevens' creativity. Moreover, the Copyrighted Work is fixed in either a digital media format or a physical format.

20. Plaintiff is the exclusive owner of all rights, title, and interest in the Copyrighted Work, including all rights under copyright law.

21. On information and belief, Defendant used the Copyrighted Work – without authorization, to promote its business activities and those of the third parties that advertise on its website.

22. Plaintiff has retained the undersigned attorney and has agreed to pay him a reasonable fee.

## COUNT I
## DIRECT COPYRIGHT INFRINGEMENT OF VA 2-241-085
## (17 U.S.C. § 501)

23.     Plaintiff incorporates the allegations of paragraphs 1 through 22 of this Complaint as if fully set forth herein.

24.     The 377 Eagle Dr_019a, Dec. 27, 2015, work, protected under Registration No. VA 2-241-085, is a photograph containing copyrightable subject matter for which copyright protection exists under the Copyright Act, 17 U.S.C. § 101, et. Seq.

25.     AAP owns a valid copyright in the 377 Eagle Dr_019a, Dec. 27, 2015, work.

26.     Defendant copied, altered, displayed, and/or distributed the 377 Eagle Dr_019a, Dec. 27, 2015, work without AAP's authorization in violation of 17 U.S.C. § 501.

27.     Defendant performed the acts alleged in the course and scope of his business activities.

28.     Defendant's infringing conduct alleged herein was willful and with full knowledge of Plaintiff's rights in the 377 Eagle Dr_019a, Dec. 27, 2015, work, as Plaintiff's CMI is clearly visible in the infringing use of the work and has enabled Defendant to illegally obtain profit therefrom.

29.     As a direct and proximate result of Defendant's infringing conduct alleged herein, Plaintiff has been harmed and is entitled to damages in an amount to be proven at trial.

30.     Pursuant to 17 U.S.C. § 504(b), Plaintiff is also entitled to recovery of Defendant's profits attributable to Defendant's infringing conduct alleged herein, and an accounting of and a constructive trust with respect to such profits.

31.     Pursuant to 17 U.S.C. §505, Plaintiff is further entitled to recovery of its reasonable attorneys' fees.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff, Affordable Aerial Photography, Inc. requests judgment against Defendant Russel Pratt as follows:

A.      That Defendant be required to pay Plaintiff its actual damages and Defendant's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, including enhanced damages for willful infringement, as provided in 17 U.S.C. § 504;

B.      That Plaintiff be awarded interest, including prejudgment and post-judgment interest, on the foregoing sums, according to law;

C.      That Plaintiff be awarded its attorneys' fees and costs of suit under the applicable statutes sued upon; and

D.      That Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY TRIAL DEMAND

Plaintiff hereby demands a trial by jury on all issues for which there is a right to a jury trial.

DATED this 11 day of July 2023.

                                            Respectfully Submitted,

                                            BEUSSE SANKS, PLLC
                                            157 E. New England Avenue, Suite 375
                                            Winter Park, FL  32789
                                            Telephone:(407) 644-8888
                                            Email: tsanks@firstiniplaw.com
                                            Email: agyebi@firstiniplaw.com
                                            ***Attorneys for Plaintiff, AFFORDABLE***
                                            ***AERIAL PHOTOGRAPHY, INC.***

                                            */s/ Terry M. Sanks*
                                            Terry M. Sanks
                                            Florida Bar No. 0154430
                                            Amaris C. Gyebi

Florida Bar No. 1019361

7